TUTTLE et al., Respondents, v. IRON NAT. BANK OF PLATTSBURGH et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 7, 1901.) Application of George F. Tuttle, Alfred Guibord, John M. Werer, and Corey S. Johnson, against the Iron National Bank of Plattsburgh and its officers and board of directors. No opinion. Order affirmed, with $10 costs and disbursements.

VALENTINE, Respondent, v. BLACK-BURN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Elizabeth H. Valentine against Samuel P. Blackburn and Eugene H. Morse, copartners under the name of S. P. Blackburn & Co. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

VAN ARSDATE, Appellant, v. BINGHAM, Respondent. (Supreme Court, Appellate Division, Second Department. December 5, 1901.) Action by William E. Van Arsdate against Charles Bingham. No opinion. Motion denied.

VAN CLIEF, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 22, 1901.) Action by William S. Van Clief against the city of New York and another. No opinion. Judgment unanimously affirmed, on argument, with costs.

VANDERBILT, Respondent, v. BROOK-LYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Marguerite Vanderbilt, an infant, by Margaret Wegelien, her guardian ad litem, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

VANDERBILT v. BROOKLYN HEIGHTS R. CO. (Supreme Court, Appellate Division, Second Department. December 5, 1901.) Action by Marguerite Vanderbilt, an infant, by Margaret Wegelien, her guardian ad litem, against the Brooklyn Heights Railroad Company. No opinion. Motion for reargument, or for leave to appeal to the court of appeals, denied.

VEDDER et al., Respondents, v. LEAMON, Appellant. (Supreme Court, Appellate Division, Third Department. November 19, 1901.) Action by William H. Vedder and others against Harvey Leamon.

PER CURIAM. Motion to dismiss appeal granted, unless on or before the 10th day of December, 1901, the appellant serve upon the respondents copies of his brief, as required by rule 15, and at the same time pay to them $10 term fee and $10 costs of this motion. If the said brief shall be so served, and said moneys paid, motion denied, without costs.

In re VERNON et al. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) In the matter of the second judicial settlement of the account of T. Alfred Vernon and Harold Vernon, as executors of and trustees under the last will and testament of Thomas Vernon, deceased. No opinion. Motion to dismiss appeal denied.

VILLAGE OF CHAMPLAIN, Respondent, v. McCREA, Appellant. (Supreme Court, Appellate Division, Third Department. December 7, 1901.) Action by the village of Champlain against Matilda McCrea, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements.

WAGNER et al., Appellants, v. LIVINGSTON, Respondent. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Herman Wagner and another against Ruth Livingston. T. G. Strong, for appellants. W. F. Taylor, for respondent. No opinion. Judgment affirmed, with costs.

WARNIER et al., Respondents, v. CITRON et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 22, 1901.) Action by Maurice Warnier and another against Herman Citron and another. No opinion. Order affirmed, with $10 costs and disbursements.

WARREN et al. v. McNAUGHTON. (Supreme Court, Appellate Division, First Department. November 15, 1901.) Action by Charles J. Warren and another against Patrick McNaughton. No opinion. Motion granted, with $10 costs.

WEBERLOWSKY, Appellant, v. RAPS, Respondent. (Supreme Court, Appellate Division, Second Department. November 29, 1901.) Action by Jacob H. Weberlowsky against Hirsch Raps. See 72 N. Y. Supp. 1134. Max Hallheimer, for appellant. Abraham B. Schleimer, for respondent.

PER CURIAM. As the so-called return in this case is unsigned, it is virtually no return at all, and an order must be made directing the justice to file a return, under section 3055 of the Code of Civil Procedure. As the neglect to procure a proper return seems to be the fault of the appellant, such order will only be made upon stipulation by the appellant to argue the case at the January term.

WEEDEN, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 12, 1901.) Action by Carl Weeden against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

WESTERMAN v. LIPPINCOTT et al. (Supreme Court, Appellate Division, First Department. December 13, 1901.) Action by Richard Westerman against Harold E. Lippincott and another. No opinion. Motion to dismiss appeal granted, with $10 costs.

WHERRY v. GAUDY. (Supreme Court, Appellate Division, Second Department. Janu-